**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **JULIO FUENTES,** ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 11-1960 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **COMMISSIONER OF THE SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

January 7, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge